UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:06-cv-00934-JSM-TGW

SUSAN JENKEL,

     Plaintiff,

vs.

CONTINENTAL CASUALTY COMPANY
and HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

     Defendants.

_____/

## ORDER OF DISMISSAL OF COMPLAINT AS TO HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY WITHOUT PREJUDICE

THIS MATTER having come before the Court on the parties' Joint Stipulation for Dismissal of Complaint As to Hartford Life And Accident Insurance Company Without Prejudice and the Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Complaint is hereby dismissed as to Hartford Life and Accident Insurance Company only, without prejudice, each party to bear their own attorneys' fees and costs.

DONE AND ORDERED at Tampa, Hillsborough County, Florida this _19_ day of July, 2006.

_____
U.S. DISTRICT COURT JUDGE

copies furnished to:

William J. Gallwey, III, Esq., 201 S. Biscayne Blvd., #1500, Miami, FL 33131 (fax: 305-347-7839)
Claude H. Tison, Jr., Esq., 707 N. Franklin St., 2nd Floor, Tampa, FL 33602 (fax: 813-226-3128)