UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:06-cv-00934-JSM-TGW

SUSAN JENKEL,

    Plaintiff,

vs.

CONTINENTAL CASUALTY COMPANY,

    Defendant.

_____/

### FINAL ORDER OF DISMISSAL OF COMPLAINT WITH PREJUDICE

THIS MATTER having come before the Court on the parties' Joint Stipulation for Dismissal of Complaint With Prejudice and the Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Complaint is hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs. This case is CLOSED and all pending motions are DENIED as moot.

DONE AND ORDERED at Tampa, Hillsborough County, Florida this __2__ day of April, 2007.

_____
U.S. DISTRICT COURT JUDGE

copies furnished to:

William J. Gallwey, III, Esq., 201 S. Biscayne Blvd., #1500, Miami, FL 33131 (fax: 305-347-7839)
D. Frank Winkles, Esq., 707 N. Franklin Street, 2nd Floor, Tampa, FL 33602 (fax: 813-226-3128)